IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MACARIO JOSE MEJIA, III § <br> § <br> § <br> § <br> VS. § <br> § <br> § <br> FRANCISCO ZAPATA CRUZ & HUMBERTO § <br> DE JESUS CONTRERAS MENDEZ DBA § <br> TRANSPORTES HUMEC § | CIVIL CASE NO. _____ <br> JURY DEMAND |

## APPLICATION AND NOTICE OF REMOVAL

### TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U. S. C. §§ 1332(a), 1441, and 1446, and Rule 81 of the local rules for the Southern District of Texas, Defendants **FRANCISCO ZAPATA CRUZ & HUMBERTO DE JESUS CONTRERAS MENDEZ DBA TRANSPORTES HUMEC** ("Applicants") file this Application and Notice of Removal and in support thereof would show the Court the following:

This Honorable Court has subject matter jurisdiction over this civil cause of action pursuant to 28 U.S.C. 1332(a)(2). It is a civil action where the matter in controversy exceeds the sum or value of $75,000. It is between a citizen of a state and citizens or subjects of a foreign state. This notice of removal is filed within 30 days after these Defendants became aware of this case and it being one which is removable.

1. Plaintiff, MACARIO JOSE MEJIA, III, filed his *Plaintiff's Second Amended Original Petition* in a cause of action against Defendants, Francisco Zapata Cruz & Humberto De Jesus Contreras Mendez DBA Transportes Humec, in the 206th Judicial District Court of Hidalgo County, Texas, Cause No. C-3533-21-D.

2. Defendant Francisco Zapata Cruz, was served via the Chairman of the Texas Transportation Commission, Argelia Torres on October 18, 2021 and answered on December 15, 2021. Defendant Cruz consents to this removal.

3. Defendant Humberto De Jesus Contreras Mendez DBA Transportes Humec was served via his attorney of Record Tamara L. Rodriguez with the Law Firm of Vidaurri, Lyde, Rodriguez & Haynes, LLP and answered on January 12, 2022.

4. Pursuant to 28 U.S.C. § 1446, this notice of removal is filed within 30 days after Plaintiff amended his petition and sued HUMBERTO DE JESUS CONTRERAS MENDEZ DBA TRANSPORTES HUMEC. Previously, the case was not removable due to the presence of a Texas Defendant.

5. Removal is based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(2) because it is a civil action between citizen of a state and a citizen and company of a foreign state.

6. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Hidalgo County, Texas on or about November 11, 2020. Defendants plead that this Court has subject matter jurisdiction over this action, because the amount in controversy is in excess of this Court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the State court action was pending.

7. Based upon information and belief, and according to Plaintiff's Second Amended Original Petition, Plaintiff Macario Jose Mejia, III is a resident and domiciled in the State of Texas.

8. Defendant Humberto De Jesus Medina Contreras dba Transportes Humec is a citizen and resident operating a company and all are domiciled in Cadereyeta Jimenez, Nuevo Leon, Mexico. Mr. Medina Contreras is a citizen and resident of Mexico. He does not reside in

Texas now, at the time of the filing of the lawsuit, and at the time of the accident. Francisco Zapata Cruz is a citizen and a resident of Reynosa Tamaulipas, Mexico.

9. The amount in controversy exceeds $75,000.00. In Plaintiff's Second Amended Original Petition, Plaintiff seeks monetary relief over $1,000,000.00.

10. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicants would show the following:

   a. Plaintiff: Macario Jose Mejia, III

   b. Defendants: Francisco Zapata Cruz and Humberto De Jesus Medina Contreras DBA Transportes Humec

   c. Status of service of process: Francisco Zapata Cruz answered on December 15, 2021.

   d. Status of Service of Process: Humberto De Jesus Medina Contreras DBA Transportes Humec aanswered on January 11, 2022.

   e. Counsel for each party is as follows:

   Counsel for Plaintiff Macario Jose Mejia, III:

   Robert Davis, Jr.
   State Bar No.: 24087390
   The Law Office of Robert Davis, Jr.
   302 East Tyler Avenue
   Harlingen, Texas 78550
   Telephone: (956) 291-7870
   Telecopier: (956) 291-7871


   Counsel for Defendants Francisco Zapata Cruz and Humberto De Jesus Medina Contreras DBA Transportes Humec

   Tamara L. Rodriguez
   State Bar No. 00791647
   Federal Bar No. 18972
   Vidaurri, Lyde, Rodriguez & Haynes, LLP
   202 North 10th Avenue
   Edinburg, TX 78541
   Telephone: 956-381-6602

Facsimile: 956-381-0725

f. A jury was demanded by Defendant Francisco Zapata Cruz, in the state district court, and the jury fee was paid.

g. Name and address of court from which the case is being removed:

206th Judicial District Court
Hidalgo County
Edinburg, Texas 78539

11. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the above action now pending in the 206th Judicial District Court of Hidalgo County, Texas, Cause No. C-3533-21-D, styled Macario Jose Mejia, III vs. Francisco Zapata Cruz & Humberto De Jesus Medina Contreras DBA Transportes Humec, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicants may have such other and further relief at law or in equity to which they may show themselves justly entitled.

Respectfully submitted,

By: _____
Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Attorney in Charge

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vlrhlaw.com
Attorneys for Defendants Francisco Zapata Cruz &
Humberto De Jesus Medina Contreras DBA Transportes Humec

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 17th day of January 2022, as follows:

**VIA ESERVICE: rob@rdjlawyer.com**
Robert Davis Jr.
The Law Office of Robert Davis Jr., PLLC
302 East Tyler Avenue
Suite 1
Harlingen, Texas 78550

Tamara Rodriguez

5